No. 50. *In re* ASSESSMENT OF TAXES, A. HOCKING. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 7, 1902. Decided January 18, 1902. Land on northwest corner of Nuuanu and King streets. Frontage on King street, 140 feet, and on Nuuanu street, 110 feet. Brick buildings used as stores on the property. Total rental at date of assessment, $505 per month, or $6060 per year. In 1899 the present owner, who at that time held a lease on the whole property, with 25 years of the term unexpired, at a rental of $100 per month, purchased an undivided 19-36 interest for $15,000. Returned at $40,000; assessed at $75,000. Assessment sustained by Tax Appeal Court. *Per Curiam.* Valuation fixed at $75,000. Perry, J., dissenting: Valuation should be $48,480.

*Robertson & Wilder* for Assessor. *Magoon & Dillon* for taxpayer.